

APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Gerald Williams
(Please print)

STREET ADDRESS: 2705 W. 83rd ST.

CITY/STATE/ZIP: CHGO., IL. 60652

PHONE NUMBER: 773 776-5563

CASE NUMBER: 08CV1298
JUDGE GUZMAN
MAG. JUDGE KEYS

Signature/Date

FILED
MAR - 4 2008    MAR 04 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT