# UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**F I L E D**

MAR 0 4 2008

MAR - 4 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Plaintiff(s)  *Gerald Williams*

)
)
)
) Case Number: _____
)
)

v.

Defendant(s)  *State of Illinois*
*Jesse White, Secretary of State*)

Judge: _____

## MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1.  I, **Gerald Williams** _____, declare that I am the (check appropriate box)

    [X] plaintiff   [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2.  In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding[NOTE: This item *must* be completed]:

    *Edward Fox, 300 w. Adams ste 300 Chgo., IL. 60606   312 3458877*
    *James Glass, 77 w. Washington 812 Chgo., IL      312 4199001*
    *Mellisa Miejkal, 3859 w 26th   Chgo., IL         708 7889910*

3.  In further support of my motion, I declare that (check appropriate box):

    [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

    [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4.  In further support of my motion, I declare that (check appropriate box):

    [X] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

    [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

    [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5.  I declare under penalty that the foregoing is true and correct.

    _____
    Movant's Signature

    3-4-2008
    Date

    *2705 w. 83rd st.*
    Street Address

    *Chgo., IL. 60652*
    City, State, ZIP

**08CV1298**
**JUDGE GUZMAN**
**MAG.JUDGE KEYS**

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

Assigned Judge: _____  Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

Assigned Judge: _____  Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

Assigned Judge: _____  Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

Assigned Judge: _____  Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐