## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1298 | **DATE** | 3/5/2008 |
| **CASE TITLE** | Gerald Williams vs. State of Illinois | | |

**DOCKET ENTRY TEXT**

Plaintiff's application to proceed *in forma pauperis* is denied because he did not fully answer questions 3f, 4, 6 and 7. Plaintiff has fourteen days from the date of this Order to submit an amended application or pay the filing fee for this case. If he fails to do either in that time period, the Court will dismiss this case. Plaintiff's motion for appointment of counsel is stricken as premature.

Docketing to mail notices.

| | Courtroom Deputy Initials: | LC/LM |
|---|---|---|