# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ronald A. Guzman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1298 | **DATE** | 3/12/2008 |
| **CASE TITLE** | WILLIAMS vs. STATE OF ILLINOIS et al | | |

**DOCKET ENTRY TEXT**

Plaintiff's amended application to proceed in forma pauperis is granted. Plaintiff is directed to submit a completed USM 285 for each defendant to the U.S. Marshal for service of the summons and complaint by April 4, 2008.

Docketing to mail notices.

| | Courtroom Deputy Initials: | JS |
|---|---|---|