## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **GERALD WILLIAMS,** | ) |
| **Plaintiff,** | ) Case No.    08-cv-1298 |
| v. | ) Hon. Judge Guzman |
| **STATE OF ILLINOIS and JESSE WHITE, SECRETARY OF STATE** | ) Hon. Magistrate Judge Keys |
| **Defendants.** | ) |

## MOTION TO DISMISS

Defendants, the STATE OF ILLINOIS and JESSE WHITE, Illinois Secretary of State, by their attorney, LISA MADIGAN, Illinois Attorney General, move to dismiss Plaintiff's Complaint pursuant to Rule 12(b)(1) and Rule 12(b)(6) of the Federal Rules of Civil Procedure, stating as follows:

1. This court lacks jurisdiction to adjudicate Plaintiff's claims.

2. Plaintiff's Complaint fails to state a cause of action for which relief can be granted.

3. Plaintiff's Complaint is barred by other affirmative matter.

4. Defendants' Memorandum in Support of this Motion is filed concurrently herewith.

WHEREFORE, Defendants move this court to dismiss Plaintiff's Complaint with prejudice and for such further relief as is just and equitable.

| | |
|---|---|
| **LISA MADIGAN**<br>**Illinois Attorney General** | **Respectfully Submitted:**<br>s/JAMES A. LANG<br>IL Bar 06211100<br>Assistant Attorney General<br>General Law Bureau<br>100 W Randolph St, 13th FL<br>Chicago IL  60601<br>Phone:       (312) 814-5694<br>Fax:           (312) 814-4425<br>jlang@atg.state.il.us |

CERTIFICATE OF SERVICE

The above-signed, an attorney of record, hereby certifies that a copy of the foregoing document was served this June 18, 2008, upon the individuals identified below in the manner indicated.

GERALD WILLIAMS
2705 W 83RD ST
CHICAGO IL  60652-3901

by U.S. mail