Order  CCG N002-300M-2/24/05 (          )

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Gerald Williams

v.

Jesse White, SOS

No. 07 CH 5013

### ORDER

This matter coming to be heard for hearing on Plaintiff's Complaint for Administrative Review at 10:30 am with hearing continued at 3pm, all parties present and the Court being fully advised in the premises, it is hereby ordered:

(1) Plaintiff's Complaint for Administrative Review is denied for the reasons stated in the record.

(2) The Administrative Record supplemented by Plaintiff and by the Secretary of State (opps including affidavit of mailing notice of revocation).

Atty. No.: 99000
Name: Yolanda L. Ricks AAG
Atty. for: Defendant
Address: 100 W. Randolph St. 12th fl
City/State/Zip: Chicago, IL 60601
Telephone: (312) 814-7199

ENTERED:
Dated: _____
Judge _____  Judge's No. _____

ENTERED
JUDGE PHILIP L. BRONSTEIN - 1551
JUN 15 2007
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**