UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GERALD WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.   08-cv-1298 |
| | ) | |
| v. | ) | Hon. Judge Guzman |
| | ) | |
| STATE OF ILLINOIS and JESSE WHITE, SECRETARY OF STATE | ) ) ) | Hon. Magistrate Judge Keys |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on June 24, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Guzman, or any judge sitting in his stead, in Courtroom 1219, in the United States District Court for the Northern District of Illinois, Eastern Division, at 219 S. Dearborn Street, Chicago, IL 60604, and then and there present **Motion to Dismiss**, a copy of which has been served upon you, at which time and place you may appear.

|  |  |
|---|---|
| **LISA MADIGAN**<br>**Illinois Attorney General** | **Respectfully Submitted:**<br>s/JAMES A. LANG<br>IL Bar 06211100<br>Assistant Attorney General<br>General Law Bureau<br>100 W Randolph St, 13th FL<br>Chicago IL  60601<br>Phone:      (312) 814-5694<br>Fax:          (312) 814-4425<br>jlang@atg.state.il.us |

1

CERTIFICATE OF SERVICE

The above-signed, an attorney of record, hereby certifies that a copy of the foregoing document was served this June 18, 2008, upon the individuals identified below in the manner indicated.

GERALD WILLIAMS
2705 W 83RD ST
CHICAGO IL  60652-3901

by U.S. mail