# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Gerald Williams

                          Plaintiff,

v.　　　　　　　　　　　　　　　　　Case No.: 1:08−cv−01298
　　　　　　　　　　　　　　　　　　　Honorable Ronald A. Guzman

State of Illinois, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 23, 2008:

      MINUTE entry before the Honorable Ronald A. Guzman:Set deadlines as to motion by Defendants K. Kwiatkowski, P. Richie, C. Erickson, Zieminski for extension of time to file Answer of individual Defendants [17] : Response due by 7/14/2008. Reply due by 7/28/2008. Ruling to be by mail.Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.