# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Gerald Williams
                      Plaintiff,

v.                                               Case No.: 1:08−cv−01298
                                                        Honorable Ronald A. Guzman

State of Illinois, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 23, 2008:

      MINUTE entry before the Honorable Ronald A. Guzman: Minute entry dated 6/23/08 [doc. no. 20] is corrected as follows: Set deadlines as to by Defendants State of Illinois, Jesse White to dismiss [17] : Response due by 7/14/2008. Reply due by 7/28/2008. Ruling to be by mail. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.