# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ronald A. Guzman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1298 | **DATE** | 7/22/2008 |
| **CASE TITLE** | Gerald Williams vs. State of Illinois | | |

**DOCKET ENTRY TEXT**

Plaintiff's second motion for appointment of counsel [doc. no. 22] is denied without prejudice. Plaintiff has only contacted three lawyers, an effort too limited to demonstrate that he is unable to secure counsel on his own. Moreover, his claims, stemming from the state's allegedly wrongful revocation of his driver's license, do not appear to raise factual or legal issues too complex for plaintiff to investigate and pursue without counsel.

Docketing to mail notices.

| | Courtroom Deputy Initials: | LC/LM |
|---|---|---|

08C1298 Gerald Williams vs. State of IllinoisPage 1 of  1